IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON LEE WRIGHT,

    Plaintiffs,

v.

KARA RHINEGANS, JENNIFER SUKOW,
KATHY LAATSCH, NICKY DOBBS,
NATALIE DOE, ANNA SHERMAN AND
DAVID WITTHUHN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-268-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                    5/31/2018

Peter Oppeneer, Clerk of Court            Date